# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00518-CR

**Donny Ray Ybarra, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. CR24,995, HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Donny Ray Ybarra seeks to appeal a judgment of conviction for aggravated kidnapping. *See* Tex. Penal Code § 20.04. The trial court has certified that (1) this is a plea-bargain case and Ybarra has no right of appeal, and (2)Ybarra has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Jurisdiction

Filed:  September 14, 2016

Do Not Publish